**No. 10-6516. James H. Kendricks, Jr., Petitioner v. Donald Barrow, Warden.**

562 U.S. 1173, 131 S. Ct. 990, 178 L. Ed. 2d 819, 2011 U.S. LEXIS 484.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1015, 131 S. Ct. 533, 178 L. Ed. 2d 392, 2010 U.S. LEXIS 8478.

**No. 10-6520. Ernest Brim, aka Bernard Horne, Petitioner v. Aristedes W. Zavares, Executive Director, Colorado Department of Corrections, et al.**

562 U.S. 1174, 131 S. Ct. 990, 178 L. Ed. 2d 819, 2011 U.S. LEXIS 511.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1015, 131 S. Ct. 533, 178 L. Ed. 2d 392, 2010 U.S. LEXIS 8565.

**No. 10-6641. Jorge A. Martinez, Petitioner v. United States.**

562 U.S. 1174, 131 S. Ct. 990, 178 L. Ed. 2d 819, 2011 U.S. LEXIS 380.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1017, 131 S. Ct. 538, 178 L. Ed. 2d 395, 2010 U.S. LEXIS 8433.

**No. 10-6711. Ignacio Torres, Petitioner v. United States.**

562 U.S. 1174, 131 S. Ct. 990, 178 L. Ed. 2d 819, 2011 U.S. LEXIS 112.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1018, 131 S. Ct. 543, 178 L. Ed. 2d 398, 2010 U.S. LEXIS 8444.

**No. 10-6860. Anthony A. Birtha, Petitioner v. United States.**

562 U.S. 1174, 131 S. Ct. 990, 178 L. Ed. 2d 819, 2011 U.S. LEXIS 463.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1035, 131 S. Ct. 582, 178 L. Ed. 2d 425, 2010 U.S. LEXIS 8770.

**No. 10-6449. Ulysses Thomas Ware, Petitioner v. United States.**

562 U.S. 1174, 131 S. Ct. 990, 178 L. Ed. 2d 819, 2011 U.S. LEXIS 150.

January 10, 2011. Petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Former decision, 562 U.S. 995, 131 S. Ct. 432, 178 L. Ed. 2d 344, 2010 U.S. LEXIS 8241.